### *J. H. DEGLOW'S EXECUTOR V. HENRIETTA KRUSE ET AL.

DIVIDED CIRCUIT COURT.

A divided circuit court, only two judges sitting, on error sustains the judgment of the court below.

*E. M. Garrison*, for the plaintiff.

*A. H. Bode*, for Mrs. Kruse.

This was a suit on a note for $2,300, secured by a mortgage given by Mrs. Kruse in settlement of an indebtedness of the firm of F. Kruse & Son, F. Kruse being the husband of Mrs. Kruse. She claims that when she signed the note it was with the distinct understanding that she was doing it merely as an accommodation to Mr. Deglow, and that she should never be called upon to pay it. The court below, Sayler, J., held that as to Mrs. Kruse there is no liability.

SMITH, J.

This cause was heard some time ago by two of the judges of the court. Judge Swing is of the opinion that the evidence offered did not show that the defendant was liable upon the note and mortgage sued on. Judge Smith is of the opinion that it did. As a result of this decision the petition will be dismissed at the costs of the plaintiff.

---

## MARKETS—APPROPRIATION.

[Hamilton Circuit Court.]

### PRUDEN V. CINCINNATI.

ESTABLISHING MARKET—COMPENSATION TO PROPERTY OWNERS.

A market can not be established and maintained in a public street without compensation to abutting property owners.

APPEAL.

*Wm. L. Dickson*, for Pruden.

*Fred Hertenstein*, contra.

This is a suit by A. J. Pruden, a property owner, abutting on Plum street, for an injunction restraining the maintenance of a market on that street. Judge Hollister held, upon the presentation of the case below, that council can not, without legislative authority (as in this case) or with such authority, designate a particular street for use for market purpose without payment to the abutting property owners of any damages they may suffer thereby.

SWING, J.

This cause was heard in this court on the evidence submitted in the court of common pleas, the substance of which is fully stated by Hollister, J., in his opinion, found in 2 Dec., 200 (1 N. P., 340). We think the law applicable to this case is very clearly and fully stated in this opinion, and the judgment of this court will be in accordance therewith.

---

* Reversed by the Supreme Court, 57 Ohio St., 434, that court holding that two judges of the circuit court form a quorum, but if they are divided in opinion, no valid judgment can be rendered.